

40 North Central Avenue
Phoenix, Arizona 85004-4429
Telephone: (602) 262-5311

Marvin C. Ruth, State Bar No. 024220
Direct Dial: (602) 262-5770
Direct Fax: (602) 734-3909
EMail: MRuth@LRLaw.com

Attorneys for *Allison Williams*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Chapter: 11 |
| ERIC DAVID RIDLEY, | Case No: 2:09-bk-15073-RTBP |
| Debtor. | |
| ALLISON WILLIAMS | Adversary No. 09-ap-01295-RTBP |
| Plaintiff, | |
| vs. | **STIPULATED MOTION TO DISMISS WITH PREJUDICE** |
| ERIC D. RIDLEY | |
| Defendant. | |

Creditor-Plaintiff Allison Williams and Debtor-Defendant Eric D. Ridley have settled this case and consequently stipulate that this case be dismissed with prejudice, each party to bear its own costs and attorneys' fees. A proposed order is attached as Exhibit "A".

RESPECTFULLY SUBMITTED this 23rd of April, 2010.

LEWIS AND ROCA LLP

By s/ Marvin C. Ruth (# 024220)
   Marvin C. Ruth
   *Attorneys for Allison Williams*

JURAS LAW FIRM, PLC

By s/ Irena Makeeta Juras (# 020201)
   Irena Makeeta Juras
   *Attorneys for Eric D. Ridley*



1

2　COPY of the foregoing e-mailed
this 23rd day of April 2010 to:

3

4　U.S. Trustee
OFFICE OF THE U.S. TRUSTEE

5　230 North 1st Avenue
Suite 204

6　Phoenix, AZ 85003

7

　　　/s/ Jennifer Cook

8　Lewis and Roca LLP

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2182750.1