

40 North Central Avenue
Phoenix, Arizona 85004-4429
Telephone: (602) 262-5311

Marvin C. Ruth, State Bar No. 024220
Direct Dial: (602) 262-5770
Direct Fax: (602) 734-3909
EMail: MRuth@LRLaw.com

Attorneys for *Allison Williams*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Chapter: 11 |
| ERIC DAVID RIDLEY, | Case No: 2:09-bk-15073-RTBP |
| Debtor. | |
| ALLISON WILLIAMS | Adversary No. 09-ap-01295-RTBP |
| Plaintiff, | |
| vs. | **NOTICE OF LODGING ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE** |
| ERIC D. RIDLEY, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that Allison Williams hereby lodges this proposed Order Granting Stipulated Motion to Dismiss With Prejudice. A true and correct copy of the Order is attached hereto as **Exhibit A**.

DATED April 23, 2010.

LEWIS AND ROCA LLP

By s/ Marvin C. Ruth (# 024220)
Marvin C. Ruth
*Attorneys for Allison Williams*

2182790.1



| | |
|---|---|
| 1 | COPY of the foregoing e-mailed this 23rd day of April 2010 to: |
| 2 | |
| 3 | U.S. Trustee<br>OFFICE OF THE U.S. TRUSTEE |
| 4 | 230 North 1st Avenue<br>Suite 204 |
| 5 | Phoenix, AZ 85003 |
| 6 | |
| 7 |   /s/ Jennifer Cook<br>Lewis and Roca LLP |

# EXHIBIT A



40 North Central Avenue
Phoenix, Arizona 85004-4429
Telephone: (602) 262-5311

Marvin C. Ruth, State Bar No. 024220
Direct Dial: (602) 262-5770
Direct Fax: (602) 734-3909
EMail: MRuth@LRLaw.com

Attorneys for *Allison Williams*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Chapter: 11 |
| ERIC DAVID RIDLEY, | Case No: 2:09-bk-15073-RTBP |
| Debtor. | |
| ALLISON WILLIAMS | Adversary No. 09-ap-01295-RTBP |
| Plaintiff, | |
| vs. | **ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE** |
| ERIC D. RIDLEY, | |
| Defendant. | |

Pursuant to the parties' signed Stipulated Motion to Dismiss with Prejudice, and good cause appearing therefore,

IT IS HEREBY ORDERED,

1. The Stipulated Motion is granted; and
2. The above referenced adversary is dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

DATED AND SIGNED ABOVE

2182753.1